Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TRAVIS BROWN, JOHN INOUYE, LUCAS BRECKENRIDGE, and HAWAII RIFLE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>KAUAI COUNTY,<br><br>Defendant. | CIVIL NO. 1:26-00233 MWJS-WRP<br><br>STIPULATED JUDGMENT AND STIPULATED PERMANENT INJUNCTION |

**STIPULATED JUDGMENT**
**AND STIPULATED PERMANENT INJUNCTION**

1) IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED AGAINST DEFENDANT KAUAI COUNTY ("County");

2) From the date the Court approves and signs this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents are enjoined permanently from the acts described below and shall perform those acts described below;

3) For Permit to Acquire ("PTA") applications submitted by TRAVIS BROWN, JOHN INOUYE, LUCAS BRECKENRIDGE and Plaintiff HAWAII RIFLE ASSOCIATION's members, after the entry of this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents shall issue a decision granting or denying each applicant's PTA application before the fortieth day from the date of application as required under HRS § 134-2(e).[1]

4) Nothing in this Order shall be construed as an admission of liability or violation of any right by County or any agent thereof;

5) By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached. Except as expressly provided

[1] In the event Hawaii law is amended to require processing applications in less time or more time, County and its agents shall issue decisions granting or denying each applicant's PTA application in compliance with current law.

in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

6) Plaintiffs TRAVIS BROWN, JOHN INOUYE, LUCAS BRECKENRIDGE, and HAWAII RIFLE ASSOCIATION ("Plaintiffs"), unconditionally release, acquit, and discharge County and all its employees and agents from all injuries, claims, damages, and causes of action that were brought or could have been brought arising from or associated with only the specific facts alleged in the instant Lawsuit and the laws, rules, or regulations in effect at the time of the execution of this Stipulated Judgment, but not regarding any other aspect of the denial or any future decision or action for Plaintiffs. No other claims remain outstanding in this litigation. All parties who have appeared in this action have signed this Stipulated Judgment.

DATED: San Diego, California, August 13, 2026.

*/s/ Alan A. Beck*
ALAN A. BECK
KEVIN GERARD O'GRADY
Attorney for Plaintiffs

DATED: Lihue, Hawaii, August 13, 2026.

*/s/ Andrew Michaels*
ANDREW MICHAELS
Attorney for Defendant
KAUAI COUNTY

APPROVED AND SO ORDERED.

DATED: August 14, 2026, at Honolulu, Hawaiʻi.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge