TYLER C. SAITO 11154
County Attorney
ANDREW S. MICHAELS 10407
Deputy County Attorney
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu‘e, Hawai‘i 96766
Telephone: (808) 241-4930
Facsimile: (808) 241-6319
Email: tsaito@kauai.gov
amichaels@kauai.gov

Attorneys for Defendant
KAUAI COUNTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| TRAVIS BROWN, JOHN INOUYE, LUCAS BRECKENRIDGE, and HAWAII RIFLE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>KAUAI COUNTY,<br><br>Defendant. | CIVIL NO. 26-00233 MWJS-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs TRAVIS BROWN, JOHN INOUYE, LUCAS BRECKENRIDGE, HAWAII

RIFLE ASSOCIATION and Defendant KAUAI COUNTY ("County"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1, that all claims against the County are hereby dismissed with prejudice. The parties agree that the County has already provided full compensation for Plaintiffs' attorneys' fees and costs in this matter. The County shall bear its own attorneys' fees and costs in this matter. No claims or parties remain.

This stipulation has been signed by all parties to this action.

DATED: Līhuʻe, Hawaiʻi, August 13, 2026.

TYLER C. SAITO
County Attorney

By /s/ Andrew S. Michaels
ANDREW S. MICHAELS

Attorneys for Defendant
KAUAI COUNTY

Honolulu, Hawaiʻi, August 13, 2026.

By /s/ Alan Alexander Beck
KEVIN GERARD O'GRADY
ALAN ALEXANDER BECK

Attorneys for Plaintiffs
TRAVIS BROWN, JOHN INOUYE,
LUCAS BRECKENRIDGE, and
HAWAII RIFLE ASSOCIATION

APPROVED AS TO FORM.

DATED: August 14, 2026, at Honolulu, Hawai‘i.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge